# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Danielle K., | Case No. 20-cv-743 (PJS/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez, dated July 16, 2021. [ECF No. 34]. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [ECF No. 27] is **DENIED**; and Defendant's Motion for Summary Judgment [ECF No. 31] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  8/4/21

BY THE COURT:

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge